## JACOBS v. WILLIE.

No. 5873.   Opinion Filed July 13, 1915.

(150 Pac. 709.)

1. APPEAL AND ERROR—Presentation for Review—Errors Occurring on Trial. Errors alleged to have occurred on the trial of a cause cannot be presented to this court in the absence of a bill of exceptions or case-made.

2. SAME. The rulings of the trial court on the admission or rejection of evidence, the giving or refusal of instructions, the overruling of a motion for a new trial, and the exceptions taken, are not a part of the record proper, and can be presented for review on appeal only by incorporating the same into a bill of exceptions or case-made.

(Syllabus by the Court.)

Rogers, County Treasurer, v. Bass & Harbour Co.

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by Louie Jacobs against Bessie Willie. Judgment for defendant, and plaintiff brings error. Dismissed.

*Shirk & Danner,* for plaintiff in error.
*Giddings & Giddings,* for defendant in error.

SHARP, J. The appeal in this case is by transcript of the record. A motion to dismiss the appeal has been filed, to which plaintiff in error has made no answer. All of the alleged errors contained in the petition in error occurred at and during the trial, and cannot, therefore, be presented for the consideration of this court by transcript, but must be brought to its attention, if at all, by means of a case-made or bill of exceptions. *Simpson v. Henderson-Sturges Piano Co.,* 31 Okla. 623, 122 Pac. 174; *Stonebraker-Zea Cattle Co. v. Hilton,* 34 Okla. 225, 124 Pac. 1062; *Laborn et al. v. Stephens et al., ante,* 147 Pac. 152.

The appeal is, accordingly, dismissed.

All the Justices concur.